UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC.**, et al.<br><br>Plaintiffs,<br><br>v.<br><br>**ROBERT F. KENNEDY, JR.,** in his official capacity as Secretary of Health and Human Services, U.S. Department of Health and Human Services, et al. | Case No. 1:25-cv-00693 (TNM) |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 7(h), Plaintiffs Blue Cross and Blue Shield of Massachusetts, Inc. ("BCBSMA") and Blue Cross and Blue Shield of Massachusetts HMO Blue, Inc. ("HMO Blue") (collectively with BCBSMA "Plaintiffs"), respectfully request that this Court enter summary judgment in their favor for the following reasons.

Plaintiffs bring this case under the Administrative Procedure Act, 5 U.S.C. §§ 500 *et. seq.*, challenging the unlawful, arbitrary and capricious methodology used by the Centers for Medicare & Medicaid Services ("CMS") to calculate Plaintiffs' 2025 Medicare Advantage Star Ratings. Star Ratings have a significant financial and operational impact on Medicare Advantage plans. Star ratings directly impact: (1) plan member enrollment; (2) the amount of payment that CMS makes to a plan; and (3) the premiums and benefits that a plan may offer to Medicare beneficiaries. Each year, plans must prepare and submit financial bids to CMS on the first Monday in June. These bids comprise the plans' expected costs for providing Medicare benefits to their members for the

coming year. Because the Star Ratings system influences the revenue a plan expects to receive, knowing the correct Star Rating directly impacts the bids and services that a plan can ultimately afford to provide its members. This Court's decision on Plaintiffs' Motion for Summary Judgment will directly impact Plaintiffs' Star Ratings, thereby affecting Plaintiffs' forthcoming financial bids to CMS.

Plaintiffs respectfully request an oral hearing at the Court's discretion under Local Rule 7(f). As noted above and indicated in the parties' Joint Motion for Expedited Briefing Schedule (Dkt. 9), however, time is of the essence as Plaintiffs' Medicare Advantage bids are due on June 2, 2025 this year. CMS subsequently conducts a "desk review period" until August 2025, during which changes to a plan's benchmark and bids may be made. Given these timing considerations, the parties respectfully requested in the joint motion that the Court render a decision by the end of July 2025 to allow sufficient time for adjustments as needed during the desk review period. Accordingly, if this Court notifies Plaintiffs that oral argument would not be materially helpful, and that holding a hearing may unnecessarily delay the Court's decision, Plaintiffs will withdraw their request for an oral hearing.

For the reasons set forth more fully in the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment, which is incorporated herein by reference, this Court should grant Plaintiffs' Motion for Summary Judgment.

Dated: May 16, 2025                    Respectfully submitted,

**BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC. AND BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS HMO BLUE, INC.**

By: *Lesley C. Reynolds*

Lesley C. Reynolds (D.C. Bar No. 487580)
Lara E. Parkin (D.C. Bar No. 475974)

David A. Bender (D.C. Bar No. 1030503)
REED SMITH LLP
1301 K Street, N.W.
Suite 1000 – East Tower
Washington, D.C. 20005
(202) 414-9200
lreynolds@reedsmith.com
lparkin@reedsmith.com
dbender@reedsmith.com


Steven D. Hamilton (*pro hac vice forthcoming*)
Bryan M. Webster (*pro hac vice forthcoming*)
REED SMITH LLP
10 South Wacker Drive
40th Floor
Chicago, IL 60606
(312) 207-1000
shamilton@reedsmith.com
bwebster@reedsmith.com

*Counsel for Plaintiffs Blue Cross and Blue Shield of Massachusetts, Inc. and Blue Cross and Blue Shield of Massachusetts HMO Blue, Inc.*