UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC.** et al.,<br><br>Plaintiffs,<br><br>v.<br><br>**ROBERT F. KENNEDY, Jr.**, Secretary, U.S. Department of Health & Human Services et al.,<br><br>Defendants. | Case No. 1:25-CV-693 (TNM) |

# ORDER

Upon consideration of Plaintiff's [15] Motion for Summary Judgment, Defendants' [17] Cross-Motion for Summary Judgment, the pleadings, and the relevant law, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiffs' [15] Motion for Summary Judgment is DENIED and Defendants' [17] Cross-Motion for Summary Judgment is GRANTED.

The Clerk of Court is requested to close this case. This is a final, appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED**.

Dated: November 3, 2025

TREVOR N. McFADDEN, U.S.D.J.